# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMOND BROWN,** | CIVIL ACTION NO. 3:19-CV-668 |
| Petitioner | (Judge Conner) |
| v. | |
| **WARDEN DOUGLAS K. WHITE,** | |
| Respondent | |

## **MEMORANDUM**

Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking the restoration of good conduct time credits to hasten his release from confinement. (Doc. 1). After the petition was filed, petitioner's good conduct time credits were apparently recalculated, and petitioner was released from confinement on January 15, 2020. (See Doc. 10). Respondent has since filed a suggestion of mootness based on petitioner's release. (Id.) Because petitioner is no longer in custody, it appeared to the court that his habeas petition should be dismissed as moot because it no longer presents a case or controversy for which this court could provide relief. See, e.g., Scott v. Holt, 297 F. App'x 154, 155 (3d Cir. 2000) (affirming dismissal of § 2241 petition challenging good conduct time credits as moot after petitioner was released from custody).

On June 4, 2020, the court issued an order to show cause why the petition should not be dismissed as moot, because petitioner had obtained the relief he was seeking. (Doc. 11). Petitioner has failed to show cause or otherwise respond to that

order, and the time for doing so has since passed.  As such, the court will dismiss the petition as moot.

    A separate order follows.

                                      /S/ CHRISTOPHER C. CONNER  
                                      Christopher C. Conner  
                                      United States District Judge  
                                      Middle District of Pennsylvania

Dated:       July 24, 2020