# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMOND BROWN,** | : | CIVIL ACTION NO. 3:19-CV-668 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN DOUGLAS K. WHITE,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 24th day of July, 2020, upon consideration of the court's order to show cause on June 4, 2020, (Doc. 11), and petitioner's failure to respond thereto, and for the reasons set forth in the memorandum (Doc. 12) of this date, the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court shall CLOSE this matter.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania